PHILLIP A. TALBERT
Acting United States Attorney
MICHAEL D. ANDERSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Criminal Complaint Against: | CASE NO. 3:16-mj- 0007 DMC |
|---|---|
| GARY STEPHEN MAYNARD | SEALING ORDER |
| | **UNDER SEAL** |

**S E A L I N G O R D E R**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: August 8, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE