**EXHIBIT 1**



* Approximate Locations *

① Moon Fire 8/5/21
② Conard Fire 8/7/21
③ Ranch Fire 8/7/21

**PUBLIC INFORMATION**
**DIXIE INCIDENT**
CA-BTU-009205
08/07/2021