HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Hannah_Labaree@fd.org

Attorney for Defendant
GARY MAYNARD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> GARY MAYNARD <br><br> Defendant. | Case No. 3:21-mj-0007-DMC <br><br> **NOTICE OF APPEARANCE AND DESIGNATION OF COUNSEL** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Pursuant to Local Rule 182, I confirm my appearance as counsel of record in this case for GARY MAYNARD, and designate counsel for service as follows:

      HANNAH LABAREE
      Assistant Federal Defender
      801 I Street, 3rd Floor
      Sacramento, CA 95814
      Telephone: (916) 498-5700
      Hannah_Labaree@fd.org

I hereby certify that I am an attorney admitted to practice in this court.  Please remove Assistant Federal Defender Christina Sinha from the service list.

Dated:  August 12, 2021

                                                   */s/ Hannah Labaree*
                                                   HANNAH LABAREE
                                                   Assistant Federal Defender
                                                   Attorney for Defendant
                                                   GARY MAYNARD