CAED 435 (Rev. 04/18)

United States District Court, Eastern District of California

# TRANSCRIPT ORDER

**FOR COURT USE ONLY**
DUE DATE:

*PLEASE Read Instruction Page (attached):*

| 1. YOUR NAME | 2. EMAIL | 3. PHONE NUMBER | 4. DATE |
|---|---|---|---|
| | | | |

| 5. MAILING ADDRESS | 6. CITY | 7. STATE | 8. ZIP CODE |
|---|---|---|---|
| | | | |

| 9. CASE NUMBER | 10. JUDGE | DATES OF PROCEEDINGS ||
|---|---|---|---|
| | | 11. FROM | 12. TO |
| 13. CASE NAME || LOCATION OF PROCEEDINGS ||
| || 14. CITY | 15. STATE |

**16. ORDER FOR**

- ❯ APPEAL No.
- ❯ NON-APPEAL
- ❯ CRIMINAL
- ❯ CIVIL
- ❯ CRIMINAL JUSTICE ACT
- ❯ IN FORMA PAUPERIS
- ❯ BANKRUPTCY
- ❯ OTHER *(Specify)*

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)  *You **must** provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| ENTIRE TRIAL | | | OTHER (Specify Below) | | |
| JURY SELECTION | | | | | |
| OPENING STATEMENTS | | | | | |
| CLOSING ARGUMENTS | | | | | |
| JURY INSTRUCTIONS | | | | | |
| | | | | | |
| | | | | | |

**18. ORDER**    *(Grey Area for Court Reporter Use)*

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | | | NO. OF COPIES | | |
| 14-Day | | | NO. OF COPIES | | |
| EXPEDITED | | | NO. OF COPIES | | |
| 3-Day | | | NO. OF COPIES | | |
| DAILY | | | NO. OF COPIES | | |
| HOURLY | | | NO. OF COPIES | | |
| REALTIME | | | | | |
| CERTIFICATION (19 & 20) By signing below, I certify I will pay all charges (deposit plus additional). ||| ESTIMATE TOTAL ||
| 19. SIGNATURE ||| PROCESSED BY ||
| 20. DATE ||| PHONE NUMBER ||
| TRANSCRIPT TO BE PREPARED BY ||| COURT ADDRESS ||
| | DATE | BY | | |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID ||
| TRANSCRIPT ORDERED | | | TOTAL CHARGES ||
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT ||
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED ||
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE ||