```
                    IN THE UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF CALIFORNIA


  UNITED STATES,
          Plaintiff,
                                          Sacramento, California
  vs.                                     No. 3:21-mj-00007-DMC
                                          Wednesday, August 11, 2021
  GARY STEPHEN MAYNARD,                   2:06 p.m.
          Defendant.
  _____/


                         TRANSCRIPT OF PROCEEDINGS
                             DETENTION HEARING
         BEFORE THE HONORABLE DENNIS M. COTA, MAGISTRATE JUDGE

                                 ---oOo---


  APPEARANCES:

    For the Plaintiff:              UNITED STATES ATTORNEY'S
                                    OFFICE
                                    501 I Street, Suite 10-100
                                    Sacramento, CA  95814
                                    By:  MICHAEL DWIGHT ANDERSON
                                    Assistant U.S. Attorney


    For the Defendant:              OFFICE OF THE FEDERAL
                                    DEFENDER
                                    801 I Street, Third Floor
                                    Sacramento, California  95814
                                    By:  CHRISTINA SINHA
                                    Assistant Federal Defender


  (Appearances continued on following page)



    Proceedings recorded by electronic sound stenography;
    transcript produced by official court reporter
```

1  APPEARANCES (Continued):

2

3  Court Recorder:                 Danielle Weisel
                                   U.S. District Court
4                                  501 I Street
                                   Sacramento, CA  95814
5
   Transcribed by:                 Thresha Spencer, CSR, RPR
6                                  U.S. District Court
                                   501 I Street
7                                  Sacramento, CA  95814

8

9

10                  ---o0o---

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    SACRAMENTO, CALIFORNIA, Wednesday, August 11, 2021, 2:06 p.m.
2                              --o0o--
3    (In open court.)
4              THE CLERK:  Calling magistrate case 3:21-MJ-007-DMC;
5    United States versus Gary Stephen Marnard, on for a detention
6    hearing.
7              THE COURT:  Thank you, Alex.  Could I have
8    appearances from counsel, please.
9              MR. ANDERSON:  Yes, your Honor, thank you.  Good
10   afternoon.  Michael Anderson on behalf of the United States.
11   The government agrees to proceed via Zoom.
12             THE COURT:  Thank you, Mr. Anderson, and welcome.
13       And for the defense.
14             MS. SINHA:  Good afternoon, again, your Honor.
15   Christina Sinha from the Federal Defender's Office on behalf of
16   Mr. Maynard who is appearing via VTC from the Sacramento County
17   Jail.  He and I consent to proceeding via Zoom today.
18             THE COURT:  Thank you, Ms. Sinha and Mr. Maynard.
19      This matter comes back before the Court for a detention
20   hearing.
21      Ms. Sinha, I understand you have submitted on this matter?
22             MS. SINHA:  Yes -- well, your Honor, today that's
23   what we'd like to do, submit without prejudice.  When we have a
24   package ready to go, we will file a bail review motion.
25             THE COURT:  All right.

1      Mr. Anderson, anything further?

2           MR. ANDERSON: Your Honor, we'd ask that the Court

3  detain the defendant as both a danger and a flight risk.  He's

4  a danger to the members of the community as well as the

5  firefighters fighting these fires, so we'd ask for detention at

6  this time.  Thank you.

7           THE COURT: All right.  The Court has reviewed at

8  length the facts in association with the charges in this matter

9  and the very serious nature of the charges.  Given all of that

10 information, the Court believes that there is currently no

11 condition or combination of conditions that can be fashioned to

12 reasonably assure that this defendant would appear for further

13 proceedings nor are there any conditions or combination of

14 conditions that would provide the necessary level of safety to

15 this community should the defendant be released.

16     Based upon that finding, the defendant will be detained as

17 a risk of nonappearance and a danger to the community pending

18 the further hearing in this matter, which is a preliminary

19 hearing set for August 24 before Judge Delaney.

20     Any questions, Ms. Sinha?

21          MS. SINHA: No, your Honor.  Thank you.

22          THE COURT: All right.  Mr. Anderson, anything

23 further for the Court today?

24          MR. ANDERSON: No, your Honor.  Thank you.

25          THE COURT: All right.  Then that will be the order

1   of the Court, and we'll proceed from there.

2        (Proceedings adjourned:  2:09 p.m.)

3                         ---o0o---

4      I, court-approved transcriber, certify that the foregoing

5   is a correct transcript from the official electronic recording

6   of the proceedings in the above-entitled matter.

7

8                         /s/ Thresha Spencer
                          THRESHA SPENCER
9                         CSR No. 11788, RPR