# **ORDER**

The withdrawal of motion (Docket # 22) is adopted in its entirety and the order for release is hereby revoked with the issuance of this order.


Dated: _____ of September

                                                            United States Magistrate Judge