1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  HANNAH R. LABAREE, #294338
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   GARY STEPHEN MAYNARD
6

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        )  Case No.  3:21-mj-0007 DMC
                                    )
11         Plaintiff,                )  ORDER RE: WITHDRAWAL OF MOTION
                                    )  FOR BAIL REVIEW [CR 22]
12 vs.                              )
                                    )
13 GARY STEPHEN MAYNARD,            )
                                    )
14         Defendant.                )
                                    )
15                                  )

**<u>ORDER</u>**

The withdrawal of motion (Docket # 22) is adopted in its entirety and the order for release is hereby revoked with the issuance of this order.

Dated: September 13, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE