PHILLIP A. TALBERT
Acting United States Attorney
MICHAEL D. ANDERSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Nov 18, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

GARY STEPHEN MAYNARD,

Defendant.

CASE NO. 2:21-cr-0224 TLN

18 U.S.C. § 844(f)(1) – Arson to Federal Property (4 counts); 18 U.S.C. § 1855 – Set Timber Afire (1 count); 18 USC § 982(a)(2)(B) – Criminal Forfeiture

INDICTMENT

COUNT ONE: [18 U.S.C. § 844(f)(1) – Arson to Federal Property]

The Grand Jury charges: T H A T

GARY STEPHEN MAYNARD,

defendant herein, on or about July 20, 2021 (Cascade Fire), in Siskiyou County, State and Eastern District of California, maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire personal and real property in whole or in part owned, possessed by, and leased to the United States, in violation of Title 18, United States Code, Section 844(f)(1).

///
///
///

INDICTMENT

1

COUNT TWO: [18 U.S.C. § 844(f)(1) – Arson to Federal Property]

The Grand Jury further charges: T H A T

GARY STEPHEN MAYNARD,

defendant herein, on or about July 21, 2021 (Everitt Fire), in Siskiyou County, State and Eastern District of California, maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire personal and real property in whole or in part owned, possessed by, and leased to the United States, in violation of Title 18, United States Code, Section 844(f)(1).

COUNT THREE: [18 U.S.C. § 844(f)(1) – Arson to Federal Property]

The Grand Jury further charges: T H A T

GARY STEPHEN MAYNARD,

defendant herein, on or about August 7, 2021 (Ranch Fire), in Lassen County, State and Eastern District of California, maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire personal and real property in whole or in part owned, possessed by, and leased to the United States, in violation of Title 18, United States Code, Section 844(f)(1).

COUNT FOUR: [18 U.S.C. § 844(f)(1) – Arson to Federal Property]

The Grand Jury further charges: T H A T

GARY STEPHEN MAYNARD,

defendant herein, on or about August 7, 2021 (Conard Fire), in Lassen County, State and Eastern District of California, maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire personal and real property in whole or in part owned, possessed by, and leased to the United States, in violation of Title 18, United States Code, Section 844(f)(1).

///
///
///
///
///
///
///

COUNT FIVE: [18 U.S.C. § 1855 – Set Timber Afire]

The Grand Jury further charges: T H A T

GARY STEPHEN MAYNARD,

defendant herein, on or about August 7, 2021 (Ranch Fire), in Lassen County, State and Eastern District of California, did willfully and without authority set on fire timber, underbrush, and grass and other inflammable material upon the public domain and upon lands owned and leased and under the partial, concurrent and exclusive jurisdiction of the United States, in violation of Title 18, United States Code, Section 1855.

FORFEITURE ALLEGATION: [18 USC § 982(a)(2)(B) – Criminal Forfeiture]

1. Upon conviction of one or more of the offenses alleged in Counts One through Four of this Indictment, defendant GARY STEPHEN MAYNARD shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(B), any property constituting or derived from proceeds obtained, directly or indirectly, as a result of such violations, including but not limited to the following:

a. A sum of money equal to the amount of proceeds traceable to such offenses, for which defendant is convicted.

2. If any property subject to forfeiture, as a result of the offenses alleged in Counts One through Four of this Indictment, for which defendant is convicted:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

//
//
//
//
//
//

1  it is the intent of the United States, pursuant to 18 U.S.C. § 982(b)(1), incorporating 21 U.S.C. § 853(p),
2  to seek forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

_____
FOREPERSON

PHILLIP A. TALBERT
Acting United States Attorney

INDICTMENT

4

No. _____                                                               2:21-cr-0224 TLN

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA
*vs.*

GARY STEPHEN MAYNARD

## I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 844(f)(1) – Arson to Federal Property (4 counts); 18 U.S.C. § 1855 Set Timber Afire (1 count); 18 U.S.C. § 982(a)(2)(B) – Criminal forfeiture

*A true bill,*     **/s/ Signature on file w/AUSA**

_____
                    *Foreman.*

*Filed in open court this* _____ 18th *day*

*of* __November__ , *A.D. 20* 21 ___

                    /s/ N. Cannarozzi
                         *Clerk.*

*Bail, $* No process necessary.

                    _____
                    JEREMY D. PETERSON
                    UNITED STATES MAGISTRATE JUDGE

GPO 863 525

2:21-cr-0224 TLN

## United States v. Gary Stephen Maynard
## Penalties for Indictment

**COUNTS 1-4:**

VIOLATION:        18 U.S.C. § 844(f)(1) – Arson to Federal Property

PENALTIES:        At least 5 years and up to 20 years imprisonment,
                  $250,000 fine,
                  Up to 3 years supervised release,
                  Restitution

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 5:**

VIOLATION:        18 U.S.C. § 1855 – Set Timber Afire

PENALTIES:        Up to 5 years,
                  $250,000 fine,
                  Up to 3 years supervised release,
                  Restitution

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**FORFEITURE ALLEGATION:**

VIOLATION:        18 U.S.C. § 982(a)(2)(B) – Criminal Forfeiture

PENALTIES:        As stated in the charging document