PHILLIP A. TALBERT
Acting United States Attorney
MICHAEL D. ANDERSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GARY STEPHEN MAYNARD,<br><br>Defendant. | CASE NO. 2:21-CR-00224 TLN<br><br>STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE: DISSEMINATION OF DISCOVERY DOCUMENT AND/OR INFORMATION SUBJECT TO A PROTECTIVE ORDER |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED among the parties and their respective counsel, as follows:

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to and/or made available to defense counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3. The parties request a protective order with regard to the discovery in this case so as to protect third parties' personally identifying information ("PII").

4. Further, the parties request that the Court permit the government to provide in discovery pursuant to this order sealed search warrant affidavits and other sealed process from the investigation of the Defendant.

A. **Provisions Pertaining to All Discovery**

5. Defense counsel, members of the defense team, and the defendant shall use the discovery solely for the legal representation of the defendant and not disclose any of the discovery and/or information to any person and/or entity other than their respective defendant/client, and/or witnesses that they may be interviewing and/or preparing for trial and/or attorneys, law clerks, paralegals, secretaries, experts, consultants and/or investigators involved in the representation of defense counsel's defendant/client in this case.

6. Defense counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

7. At the conclusion of the case and any related appeal or collateral attack litigation, defense counsel may retain a copy of the discovery for the purposes of fulfilling defense counsel's ethical obligations and for any record retention requirements of the federal defender's office. All other copies of the discovery will be returned to the government or destroyed.

B. **Additional Provisions Regarding Discovery Containing PII**

8. Defense counsel shall redact Personally Identifying Information ("PII") from any copies of discovery provided to the defendant. Defendant is prohibited from copying materials or maintaining personal copies of any materials containing PII, including but not limited to written document and audio or visual records, and shall be prohibited from transporting any of these materials that contain PII to his cellblock. This redacted discovery remains subject to all other provisions set forth in this stipulation.

///
///
///

STIPULATION AND [PROPOSED] PROTECTIVE ORDER   2

**C.  Defense Counsel Obligation to Inform of the Protective Order**

9. Defense counsel shall each be responsible for advising defense counsel's defendant/client, employees and other members of the defense team and defense witnesses of the contents of this Stipulation and Order.

IT IS SO STIPULATED.

Dated:  November 22, 2021                        PHILLIP A. TALBERT
                                                 Acting United States Attorney

                                                 /s/ Michael D. Anderson
                                                 MICHAEL D. ANDERSON
                                                 Assistant United States Attorney


Dated:  November 22, 2021                        /s/ Hannah Labaree
                                                 HANNAH LABAREE
                                                 Counsel for Defendant
                                                 GARY STEPHEN MAYNARD


**[PROPOSED] ORDER**

For good cause shown, the stipulation of counsel in criminal case number 3:21-MJ-00007, is approved and

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: November 23, 2021                         ALLISON CLAIRE
                                                 UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] PROTECTIVE ORDER                    3