```
1  PHILLIP A. TALBERT
   Acting United States Attorney
2  MICHAEL D. ANDERSON
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>GARY STEPHEN MAYNARD,<br><br>  Defendant. | CASE NO. 2:21-CR-00224 TLN<br><br>PLAINTIFF'S NOTICE OF LODGING VIDEO RECORDING WITH COURT IN SUPPORT OF ITS OPPOSITION TO DEFENDANT'S MOTION TO REOPEN DETENTION<br><br>DATE: December 20, 2021<br>TIME: 2:00 p.m.<br>COURT: Hon. Jeremy D. Peterson |
|---|---|

Plaintiff United States of America ("government"), by and through its undersigned counsel, gives notice that a compact disc containing recordings relevant to defendant's motion to dismiss was lodged with the Court today in support of the government's opposition to defendant's motion to reopen detention (ECF No. 36), with the intention that it become part of the Court's record. The government is also filing a request to seal this video recording to protect the safety and privacy of those being followed by Maynard. A copy of these recordings was provided to the defendant as discovery.

Dated: December 20, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ MICHAEL D. ANDERSON
MICHAEL D. ANDERSON
Assistant United States Attorney