PHILLIP A. TALBERT
Acting United States Attorney
MICHAEL D. ANDERSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00224 TLN |
|---|---|
| Plaintiff, | NOTICE OF REQUEST TO SEAL GOVERNMENT'S VIDEO RECORDING AND REQUEST TO SEAL |
| v. | |
| GARY STEPHEN MAYNARD, | |
| Defendant. | |

Pursuant to Local Rule 141(b), the United States, by and through Assistant United States Attorney Michael D. Anderson, provides notice that it is requesting to file under seal: (1) a CD containing a video recording filed with the Court in connection with the criminal prosecution of defendant GARY STEPHEN MAYNARD based upon the concerns articulated in the government's Request to Seal Documents; and (2) a Request to Seal Documents. The government respectfully requests that these documents remain under seal until further Order of the Court.

///

///

///

///

///

NOTICE OF REQUEST TO SEAL

1  The aforementioned recording was electronically transmitted to the Court on December 20,
2  2021.  A copy of the recording was provided to the defense in discovery.

3  Dated:  December 20, 2021                              PHILLIP A. TALBERT
                                                          Acting United States Attorney

                                                  By:    /s/ MICHAEL D. ANDERSON
                                                          MICHAEL D. ANDERSON
                                                          Assistant United States Attorney

NOTICE OF REQUEST TO SEAL