```
HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
CHRISTINA SINHA, SBN #278893
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
GARY STEPHEN MAYNARD
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:21-cr-00224-TLN-1 |
|---|---|---|
| Plaintiff, | ) | DESIGNATION OF COUNSEL |
| vs. | ) | |
| GARY STEPHEN MAYNARD, | ) | |
| Defendant. | ) | |

      Please add Assistant Federal Defender, Christina Sinha, as co-counsel of record and to the service list of actions in the above-referenced case.

DATED: January 3, 2022

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Christina Sinha*
CHRISTINA SINHA
Assistant Federal Defender
Attorney for GARY STEPHEN MAYNARD

Designation of Counsel    -1-