HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HANNAH LABAREE, SBN 294338
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
GARY STEPHEN MAYNARD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-CR-224-TLN |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | |
| GARY STEPHEN MAYNARD, | Date: July 28, 2022<br>Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between Acting United States

Attorney Phillip A. Talbert, through Assistant United States Attorney Michael Anderson, counsel

for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender

Hannah Labaree, counsel for Dr. Maynard, that the status conference may be **continued to**

**October 6, 2022 at 9:30 a.m. with an exclusion of time**.

The parties specifically stipulate as follows:

1.  By previous order, this matter was set for a status on July 28, 2022.

2.  By stipulation, the defense now moves to continue the status conference to

    October 6, 2022, with time between July 28, 2022 and October 6, 2022 excluded.

3.  The discovery in this case includes over 10,000 pages of reports and other

    documents; it also includes electronic data, such as video recordings.

4.  The expert review of the complex data involved is ongoing, and the defense team

1    continues to confer with their experts as their analysis continues.  Defense counsel

2    represents that they requires additional time to: continue reviewing the discovery;

3    investigate and research possible defenses; research potential pretrial motions;

4    continue consulting with their experts; explore potential resolutions to the case;

5    and otherwise prepare for trial.

6    5.    Defense counsel believes that failure to grant the requested continuance would

7          deny them the reasonable time necessary for effective preparation, taking into

8          account the exercise of due diligence.

9    6.    The government does not object to the continuance.

10   7.    Therefore, the parties stipulate that the ends of justice served by granting the

11         continuance outweighs the best interest of the public and Dr. Maynard in a speedy

12         trial, and request the Court so to find.

13   8.    For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial

14         Act), the parties request that the time period between July 28, 2022 and October

15         6, 2022, inclusive, be deemed excludable pursuant to 18 U.S.C. §

16         3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance

17         granted by the Court at the defense's request, based on a finding that the ends of

18         justice served by granting the continuance outweighs the best interest of the

19         public and Dr. Maynard in a speedy trial.

20         *(Remainder of page intentionally left blank. Signatures to follow.)*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 25, 2022          */s/  Hannah Labaree*
HANNAH LABAREE
Assistant Federal Defender
Attorneys for Defendant
GARY STEPHEN MAYNARD

Date: July 25, 2022          PHILLIP A. TALBERT
United States Attorney

*/s/ Michael Anderson*
MICHAEL ANDERSON
Assistant United States Attorney
Attorneys for Plaintiff

1

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause

appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: July 25, 2022

Troy L. Nunley
United States District Judge