1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  HANNAH LABAREE, SBN 294338
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, Third Floor
4  Sacramento, CA 95814
   T: (916) 498-5700
5  F: (916) 498-5710

6  Attorneys for Defendant
   GARY STEPHEN MAYNARD
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 2:21-CR-224-DAD |
   |---|---|
12 | Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
13 | vs. | Date: November 29, 2022 |
14 | GARY STEPHEN MAYNARD, | Time: 9:30 a.m. |
15 | Defendant. | Judge: Hon. Dale A. Drozd |

16     IT IS HEREBY STIPULATED and agreed by and between Acting United States

17 Attorney Phillip A. Talbert, through Assistant United States Attorney Michael Anderson, counsel

18 for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender

19 Hannah Labaree, counsel for Dr. Maynard, that the status conference may be **continued to**

20 **January 31, 2023, at 9:30 a.m. with an exclusion of time**.

21     The parties specifically stipulate as follows:

22     1.  By previous order, this matter was set for a status on November 29, 2022.

23     2.  By stipulation, the defense now moves to continue the status conference to

24         January 31, 2023, with time between November 29, 2022, and January 31, 2023

25         excluded.

26     3.  The discovery in this case includes over 10,000 pages of reports and other

27         documents; it also includes electronic data, such as video recordings.

28

Status Conference and Exclude Time                                      2:21-CR-224-DAD

4. The expert review of the complex data involved is ongoing, and the defense team continues to confer with their experts as their analysis continues.

5. Dr. Maynard is housed at the Nevada City Jail, located over 60 miles from the Office of the Federal Defender in Sacramento. The travel required to visit Dr. Maynard and review the electronic discovery, which Dr. Maynard cannot review on his own in custody, has affected the speed with which the case can move toward resolution.

6. Defense counsel represents that they requires additional time to: continue reviewing the discovery; investigate and research possible defenses; research potential pretrial motions; continue consulting with their experts; explore potential resolutions to the case; and otherwise prepare for trial.

7. Defense counsel believes that failure to grant the requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

8. The government does not object to the continuance.

9. Therefore, the parties stipulate that the ends of justice served by granting the continuance outweighs the best interest of the public and Dr. Maynard in a speedy trial, and request the Court so to find.

10. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between November 29, 2022 and January 31, 2023, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Dr. Maynard in a speedy trial.

*(Remainder of page intentionally left blank. Signatures to follow.)*

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2 | HEATHER E. WILLIAMS<br>Federal Defender |
| 4  Date: November 28, 2022 | /s/ Hannah Labaree<br>HANNAH LABAREE<br>Assistant Federal Defender<br>Attorneys for Defendant<br>GARY STEPHEN MAYNARD |
| 7  Date: November 28, 2022 | PHILLIP A. TALBERT<br>United States Attorney |
| 9 | /s/ Michael Anderson<br>MICHAEL ANDERSON<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: **November 28, 2022**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE