HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA  95814
(916) 498-5700 Fax (916) 498-5710

Attorney for Defendant
GARY STEPHEN MAYNARD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:21-cr-00224-DAD |
|---|---|---|
| Plaintiff, | ) ) | REQUEST FOR RULE 43 WAIVER OF APPEARANCE [PROPOSED] ORDER |
| vs. | ) ) | |
| GARY STEPHEN MAYNARD, | ) ) | |
| Defendant. | ) ) ) | |

    Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant, GARY MAYNARD, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, specifically, appearances for any hearing regarding imposition of judgment and sentencing or modification of conditions of supervised release.

    Defendant hereby requests the Court to proceed during every absence which the Court may permit to this waiver; agrees that defendant's interests will be deemed represented at all times by the presence of the defendant's attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour the Court may fix the defendant's absence.

    The defendant further acknowledges being informed of the rights under Title 18 U.S.C.

§§ 3161-3174 (Speedy Trial Act), and authorizes the defendant's attorney to set times and dates under that Act without the defendant's personal presence.

Finally, Mr. Maynard consents to counsel signing this waiver on his behalf, pursuant to General Order 616. He stipulates that i) obtaining his wet signature is both impractical and imprudent because he is housed at the Nevada City Jail and undersigned counsel cannot obtain a wet signature before the next court hearing of February 14, 2023; ii) he has had an opportunity to consult with counsel regarding this matter; and iii) after said consultation, he consents to his counsel signing this order electronically on his behalf.

Dated: February 10, 2023

/s/ Hannah Labaree
HANNAH R. LABAREE
Assistant Federal Defender
Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:   **February 13, 2023**                    ___Dale A. Drozd___
UNITED STATES DISTRICT JUDGE