HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH LABAREE, #294338
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700
Fax: 916-498-5710

Attorneys for Defendant
GARY MAYNARD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:21-cr-00224-DJC |
| Plaintiff, | **STIPULATION AND ORDER TO SET TRIAL CONFIRMATION HEARING AND JURY TRIAL DATE** |
| vs. | |
| GARY MAYNARD, | JUDGE: Hon. Daniel J. Calabretta |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that a trial confirmation hearing be set for **October 12, 2023, at 9:00 a.m.** and a jury trial date be set for **December 4, 2023, at 9:00 a.m.** The parties estimate ten days for trial in this case.

The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through October 12, 2023, for defense preparation and investigation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T4] based on the same reasons previously found to exclude time to that date, including the defense's ongoing review of the discovery and preparation for trial. The parties agree that the ends of justice served by the above-requested trial schedule outweigh the best interest of the public and the defendant in a speedy trial.

//

1

2

3

4   DATED: April 18, 2023

5

6

7

8

9

10

11  DATED: April 18, 2023

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Hannah Labaree*
HANNAH LABAREE
Assistant Federal Defenders
Attorneys for Defendant
GARY MAYNARD

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

*/s/ Michael Anderson*
MICHAEL ANDERSON
Assistant United States Attorney
Attorney for Plaintiff

1

**O R D E R**

2        **IT IS SO ORDERED** that a trial confirmation be set for **October 12, 2023, at 9:00 a.m.**

3  and a jury trial date be set for **December 4, 2023, at 9:00 a.m.**

4        The time through October 12, 2023, is excluded under the Speedy Trial Act pursuant to

5  18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the

6  parties' request outweigh the best interest of the public and the defendant in a speedy trial.

7

8  DATED:  April 18, 2023                    /s/ Daniel J. Calabretta

9                                            THE HONORABLE DANIEL J. CALABRETTA

10                                           UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28