| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN 122664 |
|   | Federal Defender |
| 2 | CHRISTINA SINHA, SBN 278893 |
|   | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
|   | 801 I Street, Third Floor |
| 4 | Sacramento, CA 95814 |
|   | T: (916) 498-5700 |
| 5 | F: (916) 498-5710 |

Attorneys for Defendant
GARY STEPHEN MAYNARD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:21-CR-224-DJC-1 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER TO VACATE TCH AND TRIAL DATES** |
| GARY STEPHEN MAYNARD, | ) Judge: Hon. Daniel J. Calabretta |
| Defendant. | ) |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorneys Sam Stefanki and Shea Kenny, counsel for Plaintiff; and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Dr. Gary Stephen Maynard, that the trial confirmation hearing and trial dates may be vacated in light of the change of plea.

The parties specifically stipulate as follows:

1. On February 01, 2024, Dr. Maynard, the defendant in this case, appeared before the Court to enter a guilty plea pursuant to a plea agreement. That plea was accepted by the Court and Dr. Maynard has now been adjudicated guilty. A presentence report disclosure schedule and judgment and sentencing hearing has been set. *See* ECF Nos. 72-74.

2. At the above hearing, defense counsel neglected to request that the Court vacate

the Trial Confirmation Hearing and trial dates, which are no longer needed in light of the plea.

3. As such, the parties respectfully request the Court to vacate the March 07, 2024 trial confirmation hearing and the April 29, 2024 jury trial.

                    Respectfully submitted,

                    HEATHER E. WILLIAMS
                    Federal Defender

Date: February 1, 2024         /s/ Christina Sinha
                    CHRISTINA SINHA
                    Assistant Federal Defender
                    Attorneys for Defendant
                    GARY STEPHEN MAYNARD

Date: February 1, 2024         PHILLIP A. TALBERT
                    United States Attorney

                    /s/ Shea Kenny
                    SAM STEFANKI
                    SHEA KENNY
                    Assistant United States Attorney
                    Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated:  February 1, 2024          /s/ Daniel J. Calabretta
                                   THE HONORABLE DANIEL J. CALABRETTA
                                   UNITED STATES DISTRICT JUDGE